| | |
|---|---|
| ZECHARIAH LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERNON H. WARNKE, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01043-EPG (PC)<br><br>ORDER DENYING STIPULATION PROTECTIVE ORDER AND PROPOSED ORDER<br><br>(ECF No. 47) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On March 3, 2021, the parties filed a Stipulated Protective Order and Proposed Order. (ECF No. 47). The Court has reviewed the proposed protective order and finds that it does not comply with Eastern District of California Local Rule 141.1(c), which requires that every proposed protective order contain the following provisions: "(1) [a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child); (2) [a] showing of particularized need for protection as to each category of information proposed to be covered by the order; and (3) [a] showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties." (paragraph breaks omitted).

In addition, the Court draws the parties' attention to Eastern District of California Local Rule 137(b): "In addition to filing the proposed order electronically in .pdf format, the proposing

person must also submit by email a separate proposed order in Word format to the appropriate Judge or Magistrate Judge's email box listed on the Court's website." Should the parties re-file a stipulated proposed order, or any other proposed order, the parties must comply with the local rule.

Accordingly, the parties Stipulated Protective Order and Proposed Order (ECF No. 47) is DENIED without prejudice to the parties' ability to file a corrected stipulated protective order and proposed order.

IT IS SO ORDERED.

Dated: **March 4, 2021**            /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE