In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| Zechariah Lee, | Case No. 1:19-cv-01043-EPG |
| Plaintiff, <br> v. | **Stipulation to Attend Settlement Conference; Order** |
| Vernon H. Warnke, (Sheriff); Landrum, (Sergeant); Merced County Sheriff's Department; and Does 1 to 5, inclusive, | **(ECF No. 54)** |
| Defendants. | |

The parties, Plaintiff Zechariah Lee and Defendants County of Merced, Sergeant Landrum, and Deputy Wali and Defendant Deputy Sparks, by and through their attorneys of record, hereby stipulate as follows:

**STIPULATION**

WHEREAS, the scheduling order [ECF No. 36] did not set a settlement conference;

WHEREAS, the parties have agreed to attend a settlement conference;

WHEREAS, the parties have agreed that Magistrate Judge Kendall J. Newman may serve as settlement conference magistrate judge for a settlement conference with the parties;

WHEREAS, Magistrate Judge Kendall J. Newman is available to so serve;

WHEREAS, the parties have agreed to stay the proceedings pending the outcome of the settlement conference; and,

NOW THEREFORE, the parties agree and stipulate as follows:

1. Magistrate Judge Kendall J. Newman will serve as the Magistrate Judge for the parties' early settlement conference; and,

2. The settlement conference will be scheduled for September 1, 2021, at 9:00 a.m. at the United States District Court, Eastern District of California, Sacramento Division.

3. The matter will be stayed pending the outcome of the settlement conference.

Dated: June 15, 2021                GERAGOS & GERAGOS, APC


By: ___/s/ *Ben J. Meiselas* (as authorized 6/15/2021)
Ben J. Meiselas
Attorneys for Plaintiff
Zechariah Lee

Dated: June 14, 2021                Forrest W. Hansen
                                    Merced County Counsel

By: */s/ Jenna M. Anderson*
    Jenna M. Anderson
    Attorneys for Defendants
    COUNTY OF MERCED, Sergeant
    Landrum and Deputy Wali


Dated: June 15, 2021                Berry | Wilkinson | Law Group

By:*/s/Alison Berry Wilkinson (as authorized 6/15/2021)*
    Alison Berry Wilkinson
    Attorneys for Defendant DAMIAN SPARKS

**<u>ORDER</u>**

For good cause shown, the Court GRANTS the parties' stipulation (ECF No. 54), as follows:

1. Magistrate Judge Kendall J. Newman will serve as the Magistrate Judge for the parties' settlement conference;
2. The settlement conference will commence on September 1, 2021, at 9:00 a.m. at the United States District Court, Eastern District of California, Sacramento Division;
3. If the case does not settle, the parties must file a joint proposed revised case schedule no later than 14 days after the conclusion of the settlement conference;
4. The matter is stayed pending the outcome of the settlement conference.

IT IS SO ORDERED.

Dated: **June 17, 2021**

/s/ Erin P. Grojan
UNITED STATES MAGISTRATE JUDGE