# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ZECHARIAH LEE,                                Case No. 1:19-cv-01043-EPG

      Plaintiff,

  v.

SHERIFF VERNON H. WARNKE,
et al.,

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Defendants.

_____/

Zechariah Lee, CDCR # BD-4700, a necessary and material witness in a settlement conference in this case on September 1, 2021, is confined in the California Rehabilitation Center (CRC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, by Zoom video conference from his place of confinement, on Wednesday, September 1, 2021 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office at the California Rehabilitation Center at (951) 273-2392 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CRC, P. O. Box 1841, Norco, California 92860:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:  **July 22, 2021**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE