Forrest W. Hansen, SBN 235432
Merced County Counsel
Jenna M. Anderson, SBN 291467
Chief Deputy County Counsel
Emmett L. Smith, SBN 323594
Deputy County Counsel
2222 M Street, 3rd Floor
Merced, CA 95340
Tel: (209) 385-7564
Fax: (209) 726-1337
Email:  Jenna.Anderson@countyofmerced.com;
Emmett.Smith@countyofmerced.com

Attorney for Defendants County of Merced, Sergeant Landrum and Deputy Wali

In the United States District Court

For the Eastern District of California, Fresno Division

| | |
|---|---|
| Zechariah Lee, <br><br> Plaintiff, <br><br> v. <br><br> Vernon H. Warnke, et al., <br><br> Defendants. | Case No. 1:19-cv-01043-EPG (PC) <br><br> **Request for Sgt. Landrum and Deputy Wali to be Excused from Attending Settlement Conference Proceedings and Order** <br><br> Date: September 1, 2020 <br> Time: 9:00 a.m. <br> Location: Via Zoom Platform <br> Judge: The Hon. Magistrate Judge Kendall J. Newman |

A settlement conference has been set before Magistrate Judge Kendall J. Newman for September 1, 2021 via video conferencing through the Zoom platform. Pursuant to Local Rule 270(d), Fed. R. Civ. P. 16, and the Settlement Conference Procedures published by Magistrate Judge Kendall J. Newman, the Court requires parties to have a principal with full settlement authority present for the conference or be fully authorized to settle the matter on any terms.

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

1

REQUEST FOR SGT. LANDRUM AND DEPUTY WAILI TO BE EXCUSED FROM ATTENDING
SETTLEMENT CONFERENCE PROCEEDINGS AND ORDER

1    Defendant COUNTY OF MERCED has a statutory duty to defend and

2  indemnify Defendants Sergeant Landrum and Deputy Wali for conduct within the

3  course and scope of their employment as employees of the Sheriff's Department,

4  and is sending representatives authorized to settle the matter in full, including on

5  behalf of Defendants Landrum and Wali.  As a result, Defendants Landrum and

6  Wali specifically request to be personally excused from appearing at the

7  conference. Instead, Sergenat Landrum and Deputy Wali request permission to

8  (1) appear by and through their counsel, Jenna M. Anderson of the Office of

9  County Counsel, County of Merced, and (2) to remain on telephone and electronic

10 standby should their participation be requested or their consent to any settlement

11 be required.

12

13 Dated: August 25, 2021                         Forrest W. Hansen
                                                 Merced County Counsel
14
15                                          By:   /s/ Jenna M. Anderson
                                                 Jenna M. Anderson
16                                               Chief Deputy County Counsel
                                                 Attorneys for Defendants County of
17                                               Merced, Sergeant Landrum and
                                                 Deputy Wali
18
                                 **ORDER**
19
20     IT IS HEREBY ORDERED THAT Defendants Landrum and Wali may

21 appear for the settlement conference scheduled for 9:00 a.m. on September 1,

22 2021, by and through their counsel, Jenna M. Anderson of the Office of the

23 County Counsel, County of Merced, and to remain on telephone and electronic

24 standby should their participation by conference call or via the Zoom platform be

25 requested, and/or their consent to any settlement be required.

26     IT IS SO ORDERED.

27     Dated:  August 26, 2021

28
                                                 KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

                                     2
REQUEST FOR SGT. LANDRUM AND DEPUTY WAILI TO BE EXCUSED FROM ATTENDING
            SETTLEMENT CONFERENCE PROCEEDINGS AND ORDER