Alison Berry Wilkinson (SBN 135890)
Berry | Wilkinson | Law Group
165 North Redwood Drive, Suite 206
San Rafael, CA 94903
Telephone: 415.259.6638
Facsimile: 877.259.3762
Email:   alison@berrywilkinson.com

Attorneys for Defendant DAMIAN SPARKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ZECHARIAH LEE,<br><br>            Plaintiff,<br><br>    vs.<br><br>WARNKE, et al.<br><br>            Defendants. | Case No. 1:19-cv-01043-EPG (PC)<br><br>**REQUEST TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE PROCEEDINGS AND ORDER**<br><br>Date:       September 1, 2020<br>Time:       9:00 a.m.<br>Location:  Via Zoom Platform<br>Judge:      The Hon. Magistrate Judge<br>                 Kendall J. Newman |

A settlement conference has been set before Magistrate Judge Kendall J. Newman for September 1, 2021 via video conferencing through the Zoom platform. Pursuant to Local Rule 270(d), Fed. R. Civ. P. 16, and the Settlement Conference Procedures published by Magistrate Judge Kendall J. Newman, the Court requires parties to have a principal with full settlement authority present for the conference or be fully authorized to settle the matter on any terms.

Defendant COUNTY OF MERCED has a statutory duty to defend and indemnify Defendant SPARKS for conduct within the course and scope of his employment as a deputy sheriff, and is sending representatives authorized to settle the matter in full, including on behalf of Defendant SPARKS.  As a result, Defendant SPARKS specifically requests to be personally excused from appearing at the conference.  Instead, Deputy SPARKS requests permission to (1) appear by and

through his counsel, Alison Berry Wilkinson of the Berry Wilkinson Law Group, and (2) to remain on telephone and electronic standby should his participation be requested or his consent to any settlement be required.

Dated:

Respectfully Submitted,

Berry | Wilkinson | Law Group

By: /s/ Alison Berry Wilkinson
Attorneys for Defendant DAMIAN SPARKS

## ORDER

IT IS HEREBY ORDERED THAT Deputy SPARKS may appear for the settlement conference scheduled for 9:00 a.m. on September 1, 2021, by and through his counsel, Alison Berry Wilkinson of the Berry Wilkinson Law Group, and to remain on telephone and electronic standby should his participation by conference call or via the Zoom platform be requested, and/or his consent to any settlement be required.

IT IS SO ORDERED.

Dated:  August 26, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE