UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZECHARIAH LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LANDRUM, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01043-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 67) |

On October 25, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs, expenses, and attorneys' fees. (ECF No. 67). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs, expenses, or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**October 26, 2021**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1